IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:04cr00555-004 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GARY DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on July 9, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Damian Billak. The original violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on June 14, 2013.

The Court, finding no objections had been filed to the Report and Recommendation, found that the following condition of supervision had been violated:

1) failure to submit to drug testing as ordered.

The Court, after entertaining statements from counsel for the parties, the supervising officer and the defendant, continued defendant's supervised release under the conditions originally imposed and added the following conditions:

1) defendant's term of supervised release increased by an

       additional eight months;

       2) defendant shall obtain/maintain employment;

       3) defendant to submit to a quick screen immediately.


Dated: July 10, 2013                              *s/    James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE