IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:04cr00555-004 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GARY DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

      This matter was heard on September 23, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Damian Billak. The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on September 5, 2013.

      The Court, noting neither plaintiff nor defendant filed an objection to the Report and Recommendation, adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

          1) unauthorized use of drugs.

      The Court continued defendant's term of supervised release as earlier imposed with the additional conditions of: 1) 60 days of home confinement; 2) maintain current employment; 3) an additional 6 months of supervised release (until September, 2014) in addition to the term earlier imposed.

**IT IS SO ORDERED.**


Dated: September 24, 2013    *s/    James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE